SLIP OPINION

Cite as 2015 Ark. 347

# SUPREME COURT OF ARKANSAS

No. CR-15-724

| | |
|---|---|
| DARRELL DENNIS | Opinion Delivered October 1, 2015 |
| APPELLANT | MOTION TO BE RELIEVED AS ATTORNEY FOR APPELLANT AND STAY BRIEFING SCHEDULE. |
| V. | |
| STATE OF ARKANSAS | <u>MOTION GRANTED</u>. |
| APPELLEE | |

## PER CURIAM

Thomas B. Devine, III, a full-time, state-salaried public defender, was appointed by the circuit court too represent Darrell Dennis in the above case, 60CR-13-2207. Dennis received a life-without-parole sentence after a jury convicted him of capital murder. A notice of appeal and request for the transcribed record has been filed.

In *Rushing v. State*, 340 Ark. 84, 8 S.W.3d 489 (2000), we held that full-time, state-salaried public defenders were ineligible for compensation for their work done on appeal. Since *Rushing*, the General Assembly passed Ark. Code Ann. § 19-4-1604(b)(2)(B) (Supp. 2007), which states as follows: "a person employed as a full-time public defender who is not provided a state-funded secretary may also seek compensation for appellate work from the Supreme Court or Court of Appeals."

Mr. Devine states in his motion that he is provided a full-time, state-funded secretary. We therefore grant his motion to be relieved as counsel. We appoint attorney William O.

James, Jr., to represent the appellant. Our clerk is directed to set a new briefing schedule for the appeal.

Motion granted.